UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. McLAREN and RAMONA H. McLAREN, <br><br> Plaintiffs, <br><br> v. <br><br> RECONSTRUST COMPANY, N.A, *et al.,* <br><br> Defendants. | Civil No. 10cv2090 L(NLS) <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [doc. #12] and DENYING AS MOOT AND WITHOUT PREJUDICE MOTION TO DISMISS [doc. #6]** |

Defendants moved to dismiss plaintiffs' first amended complaint ("FAC"). In response, plaintiffs, who are appearing *pro se*, filed a motion for leave file a second amended complaint ("SAC") and a response to defendants' motion. On January 10, 2011, defendants filed a notice of non-opposition to plaintiffs' motion for leave to file a SAC. Because defendants do not oppose the filing of a SAC, the Court will grant plaintiffs' motion. As a result, plaintiffs' SAC will supersede the FAC as a pleading and the court will treat the existing motion to dismiss as moot. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990).

Based on the foregoing, **IT IS ORDERED** denying without prejudice and as moot defendants' motion to dismiss the FAC. **IT IS FURTHER ORDERED** granting plaintiffs' motion to file a second amended complaint. Plaintiffs shall file and serve upon opposing

1 | counsel their SAC within ten days from the filing of this Order.

2 |     **IT IS SO ORDERED.**

3 | DATED: January 12, 2011

4 |

5 |                          M. James Lorenz
United States District Court Judge

6 | COPY TO:

7 | HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

8 |

9 | ALL PARTIES/COUNSEL